UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LAUREL HILBERT, *on behalf of himself and all others*    :
*similarly situated*,                                     :
:
Plaintiffs,    :        25-CV-5471 (JMF)
:
-v-    :        <u>ORDER</u>
:
SNAP INC. d/b/a/ SNAPCHAT,    :
:
Defendant.    :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

 Pursuant to the Court's October 10, 2025 Order, ECF No. 21, Plaintiff was required to file an Amended Complaint or Opposition to Defendant's Motion to Dismiss, the contents of which are described therein, by October 24, 2025.  To date, Plaintiff has not filed either.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 31, 2025**.  Failure to file an Amended Complaint or Opposition to Defendant's Motion to Dismiss by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

 SO ORDERED.

Dated: October 27, 2025
   New York, New York    _____
                 JESSE M. FURMAN
              United States District Judge