**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAUREL HILBERT, <br><br> *Plaintiff,* <br><br> v. <br><br> SNAP INC. <br><br> *Defendant.* | **Case No. 1:25-cv-05471** <br><br> **Honorable Jesse M. Furman** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), Plaintiff Laurel Hilbert and Defendant Snap Inc. hereby jointly stipulate the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted:

ERIC SIEGEL LAW, PLLC

Eric L. Siegel (Bar No. 2344935)
888 17th Street, N.W., Suite 1200
Washington, D.C.  20006
Phone: 771-220-6116
Email: esiegel@ericsiegellaw.com

*Counsel for Plaintiff*

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

Sean J. Kirby
30 Rockefeller Plaza
New York, New York 10112
Phone: 212-634-3023
Email: skirby@sheppardmullin.com

*Counsel for Defendant*

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.

SO ORDERED.

November 13, 2025